IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOHNNY L. WILLIAMS,            )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )     1:16cv984-MHT
                               )         (WO)
CITY OF LEVEL PLAINS,          )
ALABAMA,                       )
                               )
     Defendant.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 22) is adopted, with the exception stated in the opinion entered today.

(2) Defendant's motion to dismiss (doc. no. 10) is granted to the following extent:

   (a) Plaintiff's discrimination claims based on plaintiff's pay and working conditions are dismissed with prejudice.

(b) Plaintiff's retaliation claims and his discrimination claims based on discipline, demotion, and discharge are dismissed without prejudice, and with leave to file an amended complaint.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings, including setting a schedule for plaintiff to file an amended complaint.

DONE, this the 28th day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**