IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY L. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv984-MHT |
| | ) | (WO) |
| CITY OF LEVEL PLAINS, ALABAMA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the supplemental opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The previous opinion and judgment (doc. nos. 23 & 24) are vacated.

(2) The United States Magistrate Judge's recommendation (doc. no. 22) is adopted, without exception.

(3) Defendant's motion to dismiss (doc. no. 10) is granted, and this case is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**